UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 24-598 (MAS) |
| | : | |
| v. | : | **AMENDED** |
| | : | **SCHEDULING ORDER** |
| | : | |
| JAVON SPICER, | : | |

The United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant U.S. Attorney, appearing); and defendant Javon Spicer, being represented by Andrea Aldana, Esq; and the parties having met and conferred regarding the schedule of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this  20th  day of December, 2024, ORDERED that:

1. The United States shall file its opposition brief to the Defendant's pretrial motions (D.E. 14) on or before **January 10, 2025**.

2. The Defendant shall file a reply brief in further support of its pretrial motions on or before **January 31, 2025**.

_____
Honorable Michael A. Shipp
U.S. District Judge

1